IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. RAUL D. VILLALOBOS-MELENDEZ, a/k/a "Dr. Raúl D. Villalobos-Meléndez" Defendant. | INFORMATION<br><br>CRIMINAL NO. 25-321 (SCC)<br><br>VIOLATION:<br><br>Count 1:<br>18 U.S.C. §1001(a)(2)<br>(False Statement or Representation Made to a Department or Agency of the United States)<br><br>ONE COUNT |

RECEIVED & FILED CLERK'S OFFICE JUL 17 2025 US DISTRICT COURT SAN JUAN, PR

THE UNITED STATES ATTORNEY CHARGES:

GENERAL ALLEGATIONS

At all times material to this Information and within the District of Puerto Rico:

1. RAUL D. VILLALOBOS-MELENDEZ knowingly falsified and forged documents and made materially false statements representing himself to be a licensed physician.

2. RAUL D. VILLALOBOS-MELENDEZ graduated as a *Doctor of Medicine* from the University of Science Arts and Technology-Monserrat College of Medicine on or about June 16, 2018. RAUL D. VILLALOBOS-MELENDEZ is not licensed and has never been licensed to practice medicine in Puerto Rico or any part of the United States. RAUL D. VILLALOBOS-MELENDEZ obtained a Physician Assistant license in Puerto Rico on or about April 7, 2021, which permitted him to serve only as a physician assistant. RAUL D. VILLALOBOS-MELENDEZ altered his Physician Assistant license documents to fraudulently convert it into a Provisional Medical License and a Permanent Medical License.

3. The United States Medical License Examination (USMLE) is a three-step exam required for medical licensure in the United States and is used to assess a physician's ability to apply knowledge, concepts, and principles important in health and disease and to demonstrate fundamental patient-centered skills. A breakdown of the three steps:

    a. *USMLE Step 1* - Tests basic science knowledge relevant to the practice of medicine, such as anatomy, physiology, biochemistry, microbiology, pathology, pharmacology, and behavioral sciences

    b. *USMLE Step 2* - Clinical Knowledge (CK) assesses the ability to apply medical knowledge and understanding of clinical science necessary for patient care under supervision.

    c. *USMLE Step 3* - Focuses on whether the examinee can apply medical knowledge and understanding of biomedical and clinical science essential for the unsupervised practice of medicine.

Passing all three steps is required to obtain a license to practice medicine independently in the U.S. The USMLE is jointly sponsored by the Federation of State Medical Boards (FSMB) and the National Board of Medical Examiners (NBME).

4. The USMLE transcript for RAUL D. VILLALOBOS-MELENDEZ shows the following results for the Steps taken:

**USMLE STEP 1**

| Test Date | Pass/Fail | Score | Minimum Pass | Comments |
|---|---|---|---|---|
| 10/13/2020 | Fail | 183 | (194) | |
| 11/15/2019 | Fail | 175 | (194) | |
| 12/18/2017 | Fail | 149 | (192) | |

**USMLE STEP 2**
*Clinical Knowledge (CK)*

| Test Date | Pass/Fail | Score | Minimum Pass | Comments |
|---|---|---|---|---|
| 7/28/2022 | Fail | 164 | (214) | |

**End of Exam History**

5. The National Provider Identifier (NPI) is a unique, 10-digit identification number issued by the Centers for Medicare & Medicaid Services (CMS) to healthcare providers in the United States. Required under the Health Insurance Portability and Accountability Act (HIPAA), the NPI is used to identify individual healthcare providers and organizations in administrative and financial transactions, including billing Medicare and other health insurance plans. The issuance of an NPI number does not confirm licensure or credentials as it is based on self-reported information.

6. On March 23, 2023, Raul D. Villalobos-Melendez obtained an NPI number as a Student in an Organized Health Care Education/Training Program.

7. On September 24, 2024, Raul D. Villalobos-Melendez fraudulently updated his NPI information, claiming to be a licensed physician in general practice, listing Puerto Rico Medical License Number "166037".

8. The Puerto Rico Medical Discipline and Licensing Board (in Spanish, *Junta de Licenciamiento y Disciplina Médica de Puerto Rico*, abbreviated "JLDM") was created by Law No. 139 of 2008 (Title 20, Chapter 6, Subchapter II (§§ 132–132k) of Puerto Rico laws - *"Medical Discipline and Licensure Board Act"*) as the official regulatory body in Puerto Rico responsible for overseeing the licensure and discipline of physicians. It operates under the Puerto Rico Department of Health and carries out several key functions:

   a. authorizes, renews, suspends, or revokes medical licenses in Puerto Rico.

   b. sets standards for licensure, evaluates medical education and training, administers exams, maintains licensee records, and disciplines doctors for misconduct.

   c. investigates complaints, issues subpoenas, and can take enforcement actions—including hearings and sanctions—for violations of medical practice laws.

9. On May 15, 2023, RAUL D. VILLALOBOS-MELENDEZ submitted a petition to the JLDM to obtain a provisional medical license in Puerto Rico through the USMLE endorsement option. In the petition, he stated that the purpose of the request was to obtain the provisional license to work as an intern at the Hospital del Maestro for the period of June 1, 2023, to May 31, 2024. The provisional medical license was never issued by the JLDM.

10. Hospital El Maestro—also known as Hospital del Maestro—located in San Juan, Puerto Rico, is a general acute-care hospital offering a full range of services, including emergency, oncology, orthopedics, imaging, and more. Though not currently part of a large-scale, ACGME-accredited internship program it offers valuable clinical exposure and supervision suited to physician interns and clinical experience there counts as U.S. clinical experience (USCE) and serves as an accredited medical school's place students in hospitals across the island for internships and clerkships.

11. On March 22, 2023, RAUL D. VILLALOBOS-MELENDEZ submitted a fraudulent application for a position in the Post-Graduate Medical Education Internship Program at Hospital del Maestro.

12. As part of the documentation submitted with his application to the Hospital del Maestro, RAUL D. VILLALOBOS-MELENDEZ included a forged Provisional License Registry Certification, allegedly issued by the JLDM and forged USMLE score reports indicating that he had passed all three Steps, with scores of 220 for Step 1, 235 for Step 2 and 245 for Step 3.

13. From on or about June 1, 2023, to May 31, 2024, RAUL D. VILLALOBOS-MELENDEZ was paid to practice as a physician in a Transitional Internship program at the Hospital del Maestro in San Juan, Puerto Rico.

14. On August 3, 2023, at 11:03 a.m., a JLDM Provisional Licenses Technician, sent an email to rvillalobos2011@gmail.com (the email address associated with RAUL D. VILLALOBOS-MELENDEZ), inquiring whether he would be participating in the internship program, as the JLDM records indicated that he had not requested the release of his USMLE scores to them.

15. On August 3, 2023, at 11:08 a.m., RAUL D. VILLALOBOS-MELENDEZ responded to the email, falsely stating that he would not be participating in the internship program that year and was planning to do so the following year.

16. The Puerto Rico Medical Defense Insurance Company (PRMDIC) is a specialized insurance provider that offers medical professional liability insurance, commonly known as medical malpractice insurance, to healthcare professionals and institutions operating in Puerto Rico.

17. For the period from June 1, 2023, to June 1, 2024, RAUL D. VILLALOBOS-MELENDEZ obtained coverage under a Physicians, Surgeons, and Dentists' Professional Liability Insurance Policy, issued under policy number PP-54146 and certificate number 172574, based on the false representation that "the insured is engaged in the practice of Internal Medicine-NS; Class Code: 80257 and is duly registered and licensed to practice this profession under the laws of the Commonwealth of Puerto Rico." He further falsely represented that his Puerto Rico Physician, Surgeon, or Dentist License Number was 16603.

18. In his application to the PRMDIC, RAUL D. VILLALOBOS-MELENDEZ included a forged Provisional License Registry Certification allegedly issued by the JLDM. In addition, RAUL D. VILLALOBOS-MELENDEZ attached a curriculum vitae stating that he had passed USMLE Steps 1 and 2, with scores of 220 for Step 1 and 235 for Step 2.

19. The Centers for Medicare & Medicaid Services (CMS) is a federal agency within the United States Department of Health and Human Services (HHS) responsible for administering the nation's major healthcare programs, including Medicare, Medicaid, and the Children's Health Insurance Program (CHIP). CMS oversees the enrollment of healthcare providers, including physicians, into the Medicare program and ensures compliance with applicable laws and regulations related to billing, reimbursement, and provider eligibility.

20. The CMS-855I is an official enrollment application form used by individual physicians and other eligible practitioners to apply for enrollment in the Medicare program. Submitted to the Centers for Medicare & Medicaid Services (CMS), the CMS-855I form collects detailed information regarding the applicant's credentials, licensure, professional history, and practice location, and serves as a certification that the information provided is truthful and complete. Submission of the form is required for a provider to obtain Medicare billing privileges.

21. On September 27, 2024, RAUL D. VILLALOBOS-MELENDEZ submitted a CMS-855I form to CMS, requesting enrollment as a physician practitioner and to become a Medicare provider. In Section 2 (Personal Identifying Information), he listed NPI number 1700589249. Furthermore, in Sub-Section B (License/Certification/Registration Information), RAUL D. VILLALOBOS-MELENDEZ knowingly and fraudulently listed as active license information the false Puerto Rico medical license number "166037," with an effective date of August 30, 2024. In Sub-Section G, he designated his specialty as "General Practitioner." Section 4 (Business Information) states that RAUL D. VILLALOBOS-MELENDEZ is reassigning his benefits to the organization/group named PHYSICIAN HMO.

22. Section 15, Sub-Section B (Certification Statement and Signature) of the CMS-855I form contains the signature of RAUL D. VILLALOBOS-MELENDEZ, dated September 27, 2024 attesting that all information contained in the form is true, accurate and correct.

23. Section 15, Sub-Section C (Delegated or Authorized Official of Individual/Organization/Group Certification Statement and Signature) contains the signature, under penalty of perjury, of the president for PHYSICIAN HMO, accepting the reassignment of Medicare benefits from the individual practitioner listed in Section 2. The signature is dated September 27, 2024.

24. The CMS-855I included as an attachment a forged Permanent License Registry Certification, allegedly issued by the JLDM. The document bore license number 166037, was dated August 30, 2024, and listed a validity period through January 25, 2028.

25. The CMS-855I further included as attachment a forged Permanent Medical License, allegedly issued by the JLDM. The document bore license number 166037 dated August 30, 2024.

26. On or about October 1, 2024, RAUL D. VILLALOBOS-MELENDEZ filed an application at the Puerto Rico Department of Health for the Controlled Substance License falsely claiming to be a physician with medical license number 166037. Puerto Rico Department of Health-Office of Investigations issued the State Controlled Substances License Number DM-32336-0 to RAUL D. VILLALOBOS-MELENDEZ with expiration date of October 31, 2027.

27. The Drug Enforcement Administration (DEA), a federal agency under the U.S. Department of Justice. Its primary responsibility is to enforce the controlled substances laws and regulations of the United States. This includes preventing the diversion of legal drugs for illegal use and ensuring that practitioners handling controlled substances do so in compliance with federal law. Without a valid DEA registration, a healthcare provider cannot legally write prescriptions for controlled substances.

28. DEA Form 224 is the application that individual practitioners, such as physicians, dentists, veterinarians, and other health care providers, must complete to register with the DEA to legally prescribe, administer, or dispense controlled substances. It is used to apply for a DEA registration number, which is required before a practitioner can handle Schedule II–V controlled substances in the U.S.

29. On October 1, 2024, RAUL D. VILLALOBOS-MELENDEZ, submitted DEA Form 224 (Application for Registration Under Controlled Substances Act of 1970) electronically to the DEA, under DEA/Control Number W24141201C. In said DEA Form 224, RAUL D. VILLALOBOS-MELENDEZ, falsely stated that his Puerto Rico Medical License Number was 166037 with expiration date January 25, 2028.

30. On November 21, 2024, RAUL D. VILLALOBOS-MELENDEZ fraudulently submitted a

Practitioner Data Record for Credentialing as a general practitioner physician to MCS Advantage Inc., a Medicare Contractor. In Section VI (Professional Licenses and/or Certifications), he listed a false Puerto Rico Medical License Number. The credentialing package included a letter dated October 30th, 2024, from Physician HMO, indicating its intent to include RAUL D. VILLALOBOS-MELENDEZ as a general practitioner physician to provide services under Physician HMO.

**COUNT ONE**
**18 U.S.C. § 1001(a)(2)**
**(False Statement or Representation Made to a Department or Agency of the United States)**

The General Allegations portion of this information are hereby re-alleged and incorporated by reference as though fully set forth herein.

On or about the September 27, 2024, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant

**RAUL D. VILLALOBOS-MELENDEZ,**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by submitting a Medicare Enrollment Application (CMS-855I Form) to the Center for Medicare and Medicaid Services (United States Department of Health and Human Services) representing he was a licensed physician in the Commonwealth of Puerto Rico with license number "166037" assigned by the Puerto Rico Medical Discipline and Licensing Board on August 30, 2024, to become a Medicare and Medicaid authorized physician provider. The statements and representations were false because, as **RAUL D. VILLALOBOS-MELENDEZ** then and there knew, he had never been licensed to practice medicine in the Puerto Rico or the United States, no physician license had ever been issued to him by the Puerto Rico Medical Discipline and Licensing Board or any board, and license number "166037" is

not an existing physician license number issued to date.

All in violation of 18 U.S.C. §1001(a)(2).


W. STEPHEN MULDROW
United States Attorney

SETH ERBE
*Digitally signed by SETH ERBE
Date: 2025.06.30 16:19:20 -04'00'*

_____
Seth A. Erbe
Assistant United States Attorney
Chief, Financial Fraud &
Public Corruption Section

*Digitally signed by WALLACE BUSTELO (Affiliate)
Date: 2025.06.30 16:13:43 -04'00'*

_____
Wallace A. Bustelo
Special Assistant United States Attorney