IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

        vs.                                    **CASE NO: 25-00321-001 (SCC)**

**RAUL D. VILLALOBOS MELENDEZ**
**Defendant**
* * * * * * * * * * * * *

## INFORMATIVE MOTION

**COMES NOW, ALEJANDRA BATLLE, U.S. PROBATION OFFICER** of this Honorable Court, providing the following information:

1. On July 17, 2025, Mr. Raúl Villalobos Mélendez was ordered released by the Honorable U.S. District Judge Silvia Carreño Coll, on a $10,000.00 unsecured bond, travel between Puerto Rico and standard conditions of release. On the same date a plea agreement was enter, Mr. Villalobos Meléndez is scheduled to sentenced on October 22, 2025.

2. On that same date, he reported to the U.S. Probation Office, and the Order Setting Conditions of Release were discussed with Mr. Villalobos-Mélendez.

3. On July 21, 2025, this officer contacted Mr. Villalobos-Mélendez via cellphone, with the purpose of conducting a home assessment. This officer requested Mr. Villalobos-Mélendez about his whereabouts, at which time, he expressed that he was not at the residence, that he was in San Juan and that he was returning home during the evening. This officer asked Mr. Villalobos-Meléndez if we could meet in person, to which he replied that he was in the Santurce area, at which time, this officer request his pin location, and the same was not received. This officer inquired to Mr. Villalobos-Mélendez, if it was possible to conduct the home visit on

Wednesday, July 23, 2025, to which he replied that he probably was not going to be in his house on that day. He later indicated that he was out, meaning out of the Puerto Rico and in the State of Florida. He expressed that Court had authorized the trip and he was at his residence in Florida, which he expressed he had given the information on his bail interview. Notwithstanding the fact that he had permission from the Court to travel between Puerto Rico and Florida, he was reminded that he must notify this officer of his travel arrangements prior to traveling. This officer requested his pin location to validate his whereabouts. He sent his pin location on three occasions, 9:32 pm, 11:09 pm and today at 1:00 am., however, this officer was unable to see his location when received. As to this date his whereabouts are unknown, since this officer has not been able to confirm the same. Mr. Villalobos expressed that he was going to be in Florida until July 28, 2025, and then travel to Spain until August 10, 2025, when he returns to Puerto Rico.

4. Due to the above-mentioned information, which detailed Mr. Villalobos-Meléndez lack of respect towards the supervision process, the U.S. Probation Office respectfully requests that in the future, if a travel request is made by Mr. Villalobos-Meléndez, he should provide evidence of his travel arrangements at the time of his request. Furthermore, he should surrender his passport to the U.S Probation Office, no later than August 11, 2025.  Lastly, Mr. Villalobos should report to the U.S. Probation Office as instructed by the Probation Officer.

      **WHEREFORE,** considering the abovementioned, we submit this information for the Court's determination.

      In San Juan, Puerto Rico this 22nd day of July 2025.

Respectfully submitted,

LUIS ENCARNACION-CANALES, CHIEF
U.S. PROBATION OFFICER

*s/ Alejandra M. Batlle Colon*
Alejandra M. Batlle Colon
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building, Office 225
San Juan, PR 00918
Tel. No. (787) 766-5596
Fax No. (787) 766-5945
Email: Alejandra_Batlle@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties in this case.

In San Juan, Puerto Rico this 22nd day of July 2025.

*s/Alejandra M. Batlle Colon*
Alejandra M. Batlle Colon
U.S. Probation Officer